# EXHIBIT B

Page 1 of 3



SHERIFF'S OFFICE OF COOK COUNTY
AFFIDAVIT OF SERVICE

*50028449*

CASE NUMBER: 20CH00000478     MULT. SER.: 1     DOC. TYPE: CHANCERY
**DIE DATE: 8/26/2020**     RECEIVED DATE: 7/31/2020     FILED DATE: 7/27/2020     DIST: 604 DC

| | | |
|---|---|---|
| **DEFENDANT:** | EAGLE FAMILY FOODS GROUP LLC<br>208 S LaSalle St<br>Chicago, IL 60604<br>814 | **PLAINTIFF:** GATES, GREGORY<br>**ATTORNEY:** STEPHAN ZOURAS LLP<br>100 N Riverside Bldg 2150<br>CHICAGO, IL 60606<br>312-233-1550 |
| ATTACHED FEE AMT: | | |
| SERVICE INFORMATION: | R/A: National Register | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

\_\_\_ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

\_\_\_ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON

\_\_\_ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

X    **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION \_\_\_\_ COMPANY \_\_\_\_ BUSINESS \_\_\_\_ PARTNERSHIP \_\_\_\_

\_\_\_ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

\_\_\_ **(6) S.O.S./D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

\_\_\_ **(7) CERTIFIED MAIL**

\*\*\*\* **COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT** \*\*\*\*

\_\_\_ **(8)** AND BY MAILING ON THE \_\_\_\_\_ DAY OF _____ 20\_\_\_\_ A COPY OF THE THIRD PARTY

Page 2 of 3

GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ___ (01) NO CONTACT | ___ (05) WRONG ADDRESS | ___ (09) DECEASED |
| ___ (02) MOVED | ___ (06) NO SUCH ADDRESS | ___ (10) NO REGISTERED AGENT |
| ___ (03) EMPTY LOT | ___ (07) EMPLOYER REFUSAL | ___ (11) OUT OF COOK COUNTY |
| ___ (04) NOT LISTED | ___ (08) CANCELLED BY PLAINTIFF ATTY | ___ (12) OTHER REASON (EXPLAIN) |

EXPLANATION:

WRIT SERVED ON: DERREK
SEX: Male        RACE: Black        AGE: 25
THIS 13 DAY OF August 2020
TIME: 12:32:00 PM

THOMAS J. DART,
SHERIFF, BY: /S/ FELLER, DAVID , Star # 5 , DEPUTY

ATTEMPTED SERVICES

| DATE | TIME (AM/PM) | STAR# |
|---|---|---|
| | : | |
| | : | |
| | : | |
| | : | |

DFE899R



SHERIFF'S OFFICE OF COOK COUNTY
AFFIDAVIT OF SERVICE

*50028449*

CASE NUMBER: 20CH00000478

| **DEFENDANT:** | EAGLE FAMILY FOODS GROUP LLC | **PLAINTIFF:** | GATES, GREGORY |
|---|---|---|---|
| DATE | | DEPUTY | STAR # |



## Search Results:

| Sheriff # | Name | Address | Status |
|---|---|---|---|
| 50028449 | EAGLE FAMILY FOODS GROUP LLC | 208 S LaSalle St 814, Chicago, IL 60604 | SERVED |

| | |
|---|---|
| **Service Date/Time:** | 8/13/2020   12:32:00 PM |
| Service Type: | Service on a Corporation/Company/Business/Partnership |
| Served on: | DERREK , Black male |
| Remarks: | |

Search Again

By using this search tool, you acknowledge that you understand that it is solely your responsibility to verify any information you may obtain herein before relying on said information for any type of legal action.

Cook County Sheriff's Office Civil Division • 50 W. Washington, Room 701
Chicago, IL 60602 • **(312) 603-3365**