**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

GREGORY GATES, individually and on behalf of similarly situated individuals,

Plaintiff,

v.

EAGLE FAMILY FOODS GROUP, LLC,

Defendant.

Case No. 1:20-cv-6525

## DECLARATION OF SHANNON SCOTT

1. I am over the age of 18. Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, could and would competently testify thereto.

2. I have been employed as **Director, Human Resources** for Eagle Family Foods Group, LLC ("Eagle Family Foods") since **March 18, 2019**. By virtue of that role, I am familiar with this litigation, and Plaintiff Gregory Gates's contention that he served the Complaint in this matter upon Eagle Family Foods by tendering it to someone named "Derrek" on August 13, 2020.

3. I have reviewed the company's relevant personnel information and have determined that no one by the name of "Derrek" works for Eagle Family Foods Group, LLC in the Chicagoland area. In addition, I have been informed by our registered agent that its service-of-process logs do not have an entry reflecting receipt of process.

I declare under the penalty of perjury under the laws of the United States of America and the State of Illinois that the foregoing is true and correct. Furthermore, under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be

67740876v.1

on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

*[Signature: Shannon D. Scott]*