# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GREGORY GATES, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE FAMILY FOODS GROUP, LLC,<br><br>Defendant. | Case No. 1:20-cv-06525 |

## STIPULATION OF VOLUNTARY DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Named Plaintiff Gregory Gates and Defendant Eagle Family Foods Group, by and through undersigned counsel, stipulate to voluntarily dismissal of Plaintiff's claims, without prejudice, against Defendant, each party to bear its own fees and costs.

Date:  March 25, 2022                                             Respectfully Submitted,

/s/ Haley R. Jenkins                                              /s/ Richard P. McArdle
Ryan F. Stephan                                                   Richard P. McArdle
James B. Zouras                                                   Danielle M. Kays
Haley R. Jenkins                                                  **SEYFARTH SHAW LLP**
**STEPHAN ZOURAS, LLP**                                           233 S. Wacker Drive
100 N. Riverside Plaza, Suite 2150                                Suite 8000
Chicago, Illinois 60606                                           Chicago, Illinois 60606-6448
312.233.1550                                                      312.460.5000
312.233.1560 *fax*                                                312.460.7000 (facsimile)
rstephan@stephanzouras.com                                        rmcardle@seyfarth.com
jzouras@stephanzouras.com                                         dkays@seyfarth.com
hjenkins@stephanzouras.com

**COUNSEL FOR PLAINTIFF**                                         **COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on March 25, 2022, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

> Richard McArdle
> rmcardle@seyfarth.com
> Danielle M. Kays
> dkays@seyfarth.com
> Seyfarth Shaw LLP
> 233 S. Wacker Drive Suite 8000
> Chicago, IL 60606
> Phone: 312-460-5000
> Facsimile: 312-460-7000

                                               */s/ Haley R. Jenkins*