# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Gregory Gates

                    Plaintiff,

v.                                          Case No.: 1:20−cv−06525
                                            Honorable Jorge L. Alonso

Eagle Family Foods Group, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 25, 2022:

     MINUTE entry before the Honorable Jorge L. Alonso: A stipulation of dismissal has been filed. This case is dismissed without prejudice. Plaintiff's Motion for leave to amend complaint [52] is denied as moot. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.